*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. Rule 84.16(b).

order is supported by substantial evidence, and no error of law appears. Furthermore, we find an extended opinion would serve no jurisprudential purpose and affirm the circuit court pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our decision.

**Roberta Ann SHAW, Petitioner–Respondent,**

v.

**David Alexander SHAW, Respondent–Appellant.**

No. 67139.

Missouri Court of Appeals,
Eastern District,
Division One.

June 20, 1995.

M. Deborah Benoit, Clayton, for appellant.

Merle L. Silverstein, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, David A. Shaw, appeals from an order of the Circuit Court of St. Louis County modifying a decree of dissolution by reducing, but not terminating, respondent's, Roberta A. Shaw's, maintenance award. We affirm.

We have reviewed the briefs of the parties and the legal file, and find the circuit court's

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Dewayne WILLYARD,
Defendant/Appellant.**

No. 64711.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 20, 1995.

N. Scott Rosenblum, Ramona L. Marten, Wittner, Poger, Rosenblum & Spewak, P.C., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction for second degree murder and armed criminal ac-